DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRADLEY C. BIRKENFELD,**
Appellant,

v.

**KEVIN M. COSTNER,**
Appellee.

No. 4D21-2050

[July 28, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 502020CA003819MBAJ.

Jack Scarola of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, and David J. Sales, and Daniel R. Hoffman of David J. Sales, P.A., Sarasota, for appellant.

Scott N. Wagner and Ilana Drescher of Bilzin Sumberg Baena Price & Axelrod, LLP, Miami, Martin D. Singer and David B. Jonelis of Lavely & Singer, P.C., Los Angeles, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***